UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
 Plaintiff

  v.

           Case No.  10-cr-112-01/02-SM

John R. Wiehl and
Franklin Non-Ferrous Foundry, Inc.,
 Defendants

O R D E R

 Defendant Franklin Non-Ferrous Foundry, Inc.'s motion to continue the final pretrial conference and trial is granted (document no. 17). Trial has been rescheduled for the April 2011 trial period. Defendant Franklin Non-Ferrous Foundry, Inc. shall file a waiver of speedy trial rights not later than January 7, 2011. On filing of such waiver, the continuance shall be effective.

 The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for April 8, 2011 at 11;30 a.m.

Jury selection will take place on April 19, 2011 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

December 30, 2010

cc:   Bjorn Lange, Esq.
      Glenn Geiger, Esq.
      Mark Zuckerman AUSA
      U.S. Marshal
      U.S. Probation

2